ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIAN CALDERON,<br><br>Defendants. | CASE NO. 1:26-CR-00108-KES-EPG<br><br>STIPULATION TO SET CHANGE OF PLEA |

IT IS HEREBY STIPULATED by and between the parties that the matter be set for change of plea on October 26, 2026. No exclusion of time is needed as time has been previously excluded through October 28, 2026.

Dated: October 22, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: October 22, 2026

/s/ Marc Days
MARC DAYS
Attorney for Julian CALDERON

**ORDER**

IT IS SO ORDERED upon good cause the matter be set for change of plea on October 26, 2026, at 9:30AM in Courtroom 6 (KES) before District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated: October 22, 2026

UNITED STATES DISTRICT JUDGE